PER CURIAM.
Dismissed. See Swor v. Swor, 11 So.3d 953, 953 (Fla. 2d DCA 2009) (“An order denying a motion for rehearing is not independently reviewable.”); Mobley v. McNeil, 989 So.2d 1215, 1216 (Fla. 1st DCA 2008) (same); Grant v. Jones, 933 So.2d 32, 33 (Fla. 1st DCA 2006) (same); see also Fla. R. App. P. 9.130(a)(4) (“Orders disposing of motions that suspend rendition are' not reviewable separately from á review of the final order.”).
VILLANTI, C.J., and SILBERMAN and LUCAS, JJ., Concur.